## SPECIALTY HOUSE OF CREATION, INCORPORATED, Plaintiff–Appellant,

v.

## QUAPAW TRIBE OF OKLAHOMA, Defendant–Appellee.

No. 2011–1234.

United States Court of Appeals, Federal Circuit.

March 30, 2011.

Cornelius P. Dukelow, Abington Cole, Tulsa, OK, for Plaintiff–Appellant.

Stephen R. Ward, Conner & Winters, LLP, Tulsa, OK, for Defendant–Appellee.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).